IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL NO. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| FRANKLIN FREEMAN,<br>　　　　Plaintiff,<br>v.<br>ABBVIE, INC., ET AL.,<br>　　　　Defendant. | Case No. 1:15-cv-07347 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS ELI LILLY AND COMPANY, LILLY, USA, LLC., ACRUX COMMERCIAL PTY LTD., AND ACRUX DDS PTY LTD. ONLY

PLEASE TAKE NOTICE that Plaintiff Franklin Freeman, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Eli Lilly and Company, Lilly, USA, LLC., Acrux Commercial Pty Ltd., and Acrux DDS Pty Ltd. only. His claims against the other defendants remain pending, and in full force and effect.

Respectfully submitted this 26th day of August, 2015.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ David C. DeGreeff*
　　　　　　　　　　　　　　　　　　　David C. DeGreeff　　　MO # 55019
　　　　　　　　　　　　　　　　　　　Thomas P. Cartmell　　　MO # 45366
　　　　　　　　　　　　　　　　　　　Jeffrey M. Kuntz　　　　MO # 52371
　　　　　　　　　　　　　　　　　　　Wagstaff & Cartmell LLP
　　　　　　　　　　　　　　　　　　　4740 Grand Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　Kansas City, MO 64112
　　　　　　　　　　　　　　　　　　　(816) 701-1100
　　　　　　　　　　　　　　　　　　　ddegreeff@wcllp.com
　　　　　　　　　　　　　　　　　　　tcartmell@wcllp.com
　　　　　　　　　　　　　　　　　　　jkuntz@wcllp.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


      By: /s/ *David DeGreeff*
            Attorney